# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KARINA VASQUEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ADT, LLC, a Delaware Limited Liability Company, and DOES 1-20, inclusive,<br><br>　　　　Defendant. | Case No: 8:18-cv-00477-JLS-PJW<br><br>Assigned to: Hon. Josephine L. Staton<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 31, 2018 |

**ORDER**

WHEREAS Plaintiff and Defendant, filed a Joint Stipulation of Dismissal with Prejudice;

PURSUANT TO THE PARTIES' RELATED STIPULATION, AND GOOD CAUSE APPEARING, the Court hereby dismisses this action in its entirety with prejudice, with each party to bear its respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 9, 2019

JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
United States District Judge

- 1 -
ORDER OF DISMISSAL WITH PREJUDICE